**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO**.

GERALD JONES,
                      Plaintiff,
v.

BOSTON POLICE COMMISSIONER, EDWARD DAVIS; CITY OF BOSTON; A-1 and D-4 DRUG CONTROL UNITS;[1] AND JOHN DOE POLICE OFFICERS,
                      Defendants.

**NOTICE OF REMOVAL**
**(PURSUANT TO 28 U.S.C. § 1441)**

The Defendants City of Boston ("the City") and Edward Davis III hereby give notice of the removal of this action - pursuant to 28 U.S.C. § 1441 – from the Worcester Superior Court, where this action is currently pending. In Superior Court, the case is docketed as Civil Action No. 2012-02340-C and has the same caption as above.

In support of this notice, the City and Edward Davis III state as follows:

1. Plaintiff's action cites the laws and Constitution of the United States of America. As stated by Plaintiff in his Complaint, this action includes claims for money damages brought pursuant to 42 U.S.C. §§ 1981, 1983, 1985 and 1988; the Fourteenth Amendment of the United States Constitution; and "Federal Tort claim laws." *See*

---

[1] Although the Plaintiff names the A-1 and D-4 Drug Control Units of the Boston Police Department as Defendants, Drug Control Units are not separate entities subject to suit. The only proper party is the City of Boston because that entity is a municipal corporation and the employer. *See, e.g.*, *Henschel v. Worcester Police Department*, 445 F.2d 624, 624 (1st Cir. 1971); *Curran v. City of Boston*, 777 F. Supp. 116, 120 (D. Mass. 1991); *Stratton v. City of Boston*, 731 F. Supp. 42, 46 (D. Mass. 1989). This Notice of Removal is submitted on behalf of the City of Boston, the Police Commissioner and the named Drug Control Units.

Plaintiff's Complaint at ¶¶ 1 and 10, attached at Exhibit A. The Complaint alleges, *inter alia*, that the City of Boston has a custom and practice of discriminatory arrests targeting African and Hispanic Americans, including him, in violation of 42 U.S.C. §§ 1981 and1983; the Fourteenth Amendment of the United States Constitution; and federal tort claims. *See id.* at ¶¶ 6, 10.

2. Accordingly, the Plaintiff's claims for relief arise under the Constitution, treaties or laws of the United States and the action is therefore subject to removal under 28 U.S.C. § 1441(b).

3. A fair reading of the Plaintiff's allegations make it reasonably apparent that federal constitutional law and issues are essential to this case and therefore the Defendants, City of Boston and Edward Davis III, have a statutory right to the removal of this action.

4. The John Doe Officers have not, as of the time of this filing, been identified by Plaintiff and therefore have not yet been served with the Complaint.

Respectfully submitted,

DEFENDANTS CITY OF BOSTON, and
EDWARD DAVIS III

By  their attorney,
William F. Sinnott, Corporation Counsel

/s/ Amy Bratskeir
Amy Bratskeir, BBO# 662034
Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4017
amy.bratskeir@cityofboston.gov

## CERTIFICATE OF SERVICE

I, Amy Bratskeir, hereby certify that on this date I served a copy of the foregoing document via mail to the Plaintiff at:

Gerald Jones
1050 Main Street, #702
Worcester, MA 01609


/s/ Amy Bratskeir
Amy Bratskeir


Date: January 28, 2013